Eugene Márquez, Esq.
State Bar No. 018079
EUGENE MARQUEZ, P.L.C.
925 West Baseline Road, Suite 105-S4
Tempe, Arizona 85283
Telephone: (602) 631-9595
E-mail: EugeneMarquezLaw@yahoo.com
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR-03-1186-PHX-DGC |
| Plaintiff, | |
| vs. | **DEFENDANT'S SENTENCING MEMORANDUM** |
| Guzman Badilla-Corona, | |
| Defendant. | |

Mr. Badilla stands to be sentenced for the crime of second-degree murder. The sentencing guideline at Category I, Level 30 results in range of 97-121 months imprisonment. Mr. Badilla agrees with this calculation and respectfully requests that the Court impose a sentence of no greater than 97 months. Such a sentence is justified given his role in the nature and circumstances surrounding the offense. In support, the attached Memorandum of Points and Authorities are submitted.

# MEMORANDUM OF POINTS AND AUTHORITIES

**The Nature and Circumstances of the Offense.**

It is critical that the Court is aware that the circumstances surrounding this shooting starts two days before the fatal shooting of the victim. Two days before the shooting Mr. Badilla was kidnapped by several individuals from the Gila Indian Reservation.

Mr. Badilla was the co-defendant's (Francisco Javier Juarez) roommate in Maricopa, Arizona. The co-defendant owed money to persons on the Reservation, purportedly in connection with drug transactions the co-defendant was involved in. He did not pay the money being demanded. Therefore, on or about October 19, 2003, individuals from the Gila Reservation, including the victims' husband ("Carlos"), arrived at Badilla and Juarez's home. Mr. Badilla being the only one at home, he was kidnaped and taken to the Reservation. During the two days he was there, he was being held until Juarez delivered a certain sum of money. In the course of the two days, Mr. Badilla was held in a house and was repeatedly beaten and abused. The victim's boyfriend was one of the persons doing the beatings.

Sophia Chairez is another significant person involving the circumstances of this case. She was the co-defendant's girlfriend at the time. Also on or near October 19, 2003 she was kidnaped by the same persons from the Gila Reservation for the same reason Mr. Badilla was kidnapped – to force Juarez to pay the money he owed. The victim's boyfriend, Carlos, was also involved in the kidnaping. However, Ms. Chairez was not beaten, but was raped by several of the men inside the house where she was being held.

Later in the afternoon of October 21, 2003, after Juarez paid the ransom in the form of drugs and money, Chairez and Badilla were freed. After being released, Chairez recounted the sexual assault. Juarez was incensed.

That evening, in the vicinity of Juarez and Badilla's home, Juarez, Chairez and Badilla were together. Then, Carlos and the victim unexpectedly appeared in their car (also in the car was their child in the back seat). Carlos got out of the car, he and Juarez approached each other, had a verbal confrontation, then Carlos got back in his car and sped away.

Immediately, Juarez returned to his car, Mr. Badilla got into the front passenger seat, Chairez in the back seat, and Juarez chased the other car. Juarez fired several shots from his gun. One of the shots fatally shot the victim.

There is a dispute concerning whether or not Mr. Badilla fired the gun. He insists that he did not, but agrees that he was there to assist Juarez. Chairez stated initially to the FBI that Badilla shot all the shots and Juarez never shot the gun, but then she later recanted and stated that both Juarez and Badilla fired the gun. Juarez stated that he only fired twice and that Badilla fired the remaining shots. Both of these witnesses are unreliable.

However, what is clear is that Juarez was engaged in the drug dealing and his actions may have caused the incident, and it is also clear that the victim's boyfriend, Carlos, significantly created the dangerous circumstances that led to the victim's death. Finally, it is important to note that neither Juarez, nor Mr. Badilla knew or had reason to know that a child was in the victim's car.

**Mr. Badilla's Background**

During 2003 he was living in Maricopa, Arizona working as a laborer, doing landscaping work and whatever other work he could get as a day laborer. He is from Magdalena, Sonora, is married and has three children. In terms of criminal history, he has one 2003 misdemeanor conviction for the possession of drug paraphernalia. His

3

work history in Mexico is consistent, where he is a heavy equipment operator at a mine. His future plans after prison are basic. To provide for his family and to be a good father. However, he recognizes that there stands a chance that his family may not remain intact due to his imprisonment, that he may not have wife and children to return to when he is released.

Remorse he has been feeling intensely during these past eight years. He never intended for someone to get killed.

**The Appropriate Sentence**

This is certainly a tragic case. Human life was lost. Several irresponsible individuals were involved which set these tragic events in motion. However, only two persons are being made criminally responsible: Mr. Badilla and Juarez. The victim's boyfriend was never charged, nor were any of the other kidnappers charged. They have only their conscious to battle, but not the criminal justice system.

In terms of deterrence, under any analysis Mr. Badilla faces a substantial prison sentence already; however, it is noteworthy that he has no criminal history, much less a violent history. While in prison, being a non-United States citizen, his punishment will be harsher. During prison, he will not be able to engage in any rehabilitative or vocational programs, nor any early release to a "half-way" facility.

Based on the above, Mr. Badilla respectfully requests that the Court impose a sentence of no greater than 97 months.

DATED this 3rd day of March, 2011.
MARQUEZ LAW OFFICE


*s/ Eugene Márquez*

Eugene Márquez
Attorney for Defendant

4

## CERTIFICATE OF SERVICE

_____ I hereby certify that on this day I electronically transmitted the attached to the Clerk of the United States District Court of Arizona using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Roger Dokken
Assistant United States Attorney